UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FERNANDO SANCHEZ, | ) | Case No. CV 12-6089 DMG (MRW) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| RICK HILL, | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to this Court's Order,

IT IS ADJUDGED that the petition is denied and this action is dismissed without prejudice.

DATE:   April 30, 2013

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE